UNITED STATES of America,
Plaintiff—Appellee,

v.

Billy R. **MCCULLERS**, Jr.,
Defendant—Appellant.

No. 11–6999.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 15, 2011.

Decided: Nov. 18, 2011.

Billy R. McCullers, Jr., Appellant Pro Se. Melissa Elaine O'Boyle, Assistant United States Attorney, Norfolk, Virginia; Laura Pellatiro Tayman, Howard Jacob Zlotnick, Assistant United States Attorneys, Newport News, Virginia, for Appellee.

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy R. McCullers, Jr., appeals the district court's order denying his motion to dismiss the indictment for Fed.R.Crim.P. 6 violations or, in the alternative, to inspect the list of names of qualified grand jurors who "voted the indictment." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. McCullers,* No. 4:07–cr–00049–RBS–JEB–1 (E.D. Va. filed July 12 & entered July 13, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*